```
 1  Philip E. Carey  SBN 155185
    PHILIP E. CAREY, A LAW CORPORATION
 2  655 UNIVERSITY AVENUE, STE. 230
    SACRAMENTO, CA 95825
 3  (916) 564-0706; FAX (916) 564-0715
    email: peclaw@sbcglobal.net
 4

 5  Attorney for Plaintiff

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11  ROBERT A. SORENSON              CASE NO. 2:09-CV-01943-MCE-KJM

12          Plaintiff,              STIPULATION TO CONTINUE
                                    DEFENDANTS' MOTIONS TO
13  v.                              DISMISS AND MOTION TO STRIKE;
                                    ORDER
14  COUNTRYWIDE HOME LOANS; INC.;
    MORTGAGE ELECTRONIC
15  REGISTRATION SYSTEMS, INC.;
    GALINA CHEREDAYKO; BANK OF
16  AMERICA; COUNTRYWIDE BANK, FSB
    and DOES 1-20 inclusive,
17
            Defendants.
18  _____/

19      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20      Pursuant to Local Rule 6-144(a), this Stipulation is made by and between Plaintiff

21  ROBERT A. SORENSON ("Plaintiff") and Defendants COUNTRYWIDE BANK FSB,

22  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., GALINA CHEREDAYKO

23  and BANK OF AMERICA ("Defendants") as follows:

24      WHEREAS, on February 19, 2010 Defendants COUNTRYWIDE BANK FSB,

25  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., GALINA CHEREDAYKO

26  and BANK OF AMERICA filed their Motion to Dismiss and Motion to Strike , currently set for

27  hearing on April 8, 2010 at 2:00 PM (Docket #(s) 34 & 35);

28
```

1  WHEREAS, Counsel met and conferred on March 19, 2010 and agreed that the hearing
2  on defendants' Motion to Dismiss and Motion to Strike be continued to April 29, 2010 at 2:00
3  PM.
4     IT IS SO STIPULATED:
5  DATED: March 22, 2010

By:/s/ *Philip E. Carey*
PHILIP E. CAREY
Attorney for Plaintiff ROBERT SORENSON

DATED: March 22, 2010                    BRYAN CAVE LLP

By:/s/ *Laju Obasaju*
LAJU OBASAJU
Attorney for Defendants COUNTRYWIDE BANK FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., GALINA CHEREDAYKO and BANK OF AMERICA

**FOR GOOD CAUSE APPEARING, IT IS SO ORDERED** that the hearings on defendants' Motion to Dismiss and Motion to Strike be continued to April 29, 2010 at 2:00 PM.

Dated: March 25, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE