UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. SORENSON, | No. 2:09-cv-01943-MCE-KJN |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; GAILINA CHEREDAYKO; COUNTRY WIDE BANK, FSB; BANK OF AMERICA and DOES 1-20, inclusive, | |
| Defendants. | |

----oo0oo----

This action arises out of a mortgage loan transaction in which Plaintiff Robert A. Sorenson ("Plaintiff") refinanced his home in 2005. Presently before the Court is a Motion by Defendants Countrywide Home Loans, Inc., Mortgage Electronic Registration Systems, Inc., Galina Cheredayko, Bank of America Corporation, and Countrywide Bank, FSB ("Defendants") to Dismiss the claims alleged against them in Plaintiff's Second Amended Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

1

1  Concurrently, Defendants filed a Motion to Strike portions of the
2  Second Amended Complaint.
3      Plaintiff's Second Amended Complaint alleges only state law
4  causes of action.  Plaintiff has also filed an Opposition in
5  which he does not oppose dismissal of his Second Amended
6  Complaint for lack of subject matter jurisdiction.
7      With only Plaintiff's state law claims remaining, this Court
8  ceases to have subject matter jurisdiction over the suit.  The
9  Court declines to exercise its supplemental jurisdiction over the
10 remaining state causes of action and they are dismissed without
11 prejudice.  The Court need not address the merits of Defendants'
12 Motion to Dismiss (Docket No. 35) as those issues are now moot.
13 Defendants' Motion to Strike (Docket No. 34) is also moot.[1]
14     Plaintiff is cautioned against filing complaints in this
15 Court and then dismissing the federal claims as soon as a Motion
16 to Dismiss is filed.
17     For the reasons stated above, the case is dismissed.
18 The Clerk is directed to close the file.
19     IT IS SO ORDERED.

Dated: April 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court deemed this matter suitable for decision without oral argument.  E.D. Cal. Local Rule 230 (g).

2